UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALLAS BROGDEN,<br><br>    Plaintiff,<br><br>v.<br><br>HCL AMERICA, INC.,<br><br>    Defendant. | Case No. 5:17-cv-03412-EJD<br><br>**ORDER TO SHOW CAUSE** |

On August 2, 2017, two documents were purportedly filed by attorney Karl Siganporia, using his ECF account within the action captioned above: (1) a document entitled "H1B Injunction Motion," and (2) a document labeled as a supporting affidavit, but includes an unsigned statement and a scanned printout of an online news article. Dkt. Nos. 11, 12. The former document was signed by Siganporia.

In an order filed this same date, the court has explained why August 2nd documents are improper. To that end: (1) they are unintelligible and have no apparent connection to the claims asserted in this action, (2) the relief requested does not qualify for presentation as an administrative motion under Civil Local Rule 7-11, and (3) the documents do not comply with the content and format requirements of Civil Local Rule 7-2. Dkt. No. 13.

Federal Rule of Civil Procedure 11(b) states that "[b]y presenting to the court a pleading, written motion, or other paper - whether by signing, filing, submitting, or later advocating it - an attorney . . . certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances . . . it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation"

and "the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery."

Civil Local Rule 11-4 provides:

> Every member of the bar of this Court and any attorney permitted to practice in this Court under Civil L.R. 11 must:
>
> (1) Be familiar and comply with the standards of professional conduct required of members of the State Bar of California;
>
> (2) Comply with the Local Rules of this Court;
>
> (3) Maintain respect due to courts of justice and judicial officers;
>
> (4) Practice with the honesty, care, and decorum required for the fair and efficient administration of justice;
>
> (5) Discharge his or her obligations to his or her client and the Court; and
>
> (6) Assist those in need of counsel when requested by the Court.

Furthermore, Civil Local Rule 5-1(c)(4) states:

> An ECF user may authorize another person to electronically file a document using the user ID and password of the ECF user. Nevertheless, the ECF user retains full responsibility for any document so filed.

Here, by filing two documents that plainly do not comply with the rules governing such motions for relief and are, in any event, of questionable legal and factual significance to the issues presented in this action, the court is concerned that Siganporia has violated Federal Rule of Civil Procedure 11(b) and Civil Local Rule 11-4, or any one of them.

Accordingly, attorney Karl Siganporia is ordered to personally appear before the Honorable Edward J. Davila at **11:00 a.m. on August 10, 2017,** Courtroom 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose on him any and all appropriate sanctions, including monetary sanctions under Federal Rule of Civil Procedure 11(c) and/or referral pursuant to Civil Local Rule 11-6.

Siganporia may file a response to this order demonstrating good cause why sanctions should not be imposed on or before **August 4, 2017.**

2

Case No.: 5:17-cv-03412-EJD
ORDER TO SHOW CAUSE

Siganporia is advised that his personal appearance at the hearing is required - telephonic appearance will not be permitted and a request for such appearance should not be submitted.

**IT IS SO ORDERED.**

Dated: August 2, 2017

EDWARD J. DAVILA
United States District Judge