# #VOX POPULI

## POWERED BY LAWWARRIOR.AI

KARL SIGANPORIA
CALBAR#284924
#VOXPOPULI
LAWWARRIOR.AI@PROTONMAIL.COM

CAND NO. 17-3412EJD (SJC)

*PLAINTIFF*                                    DEFENDANT

*DALLASBROGDEN*   |   HCLTECHNOLOGIES

#KARL SIGANPORIA: SANCTIONED ATTORNEY

(#: FILING PARTY)
        STIPULATION AND PROPOSED ORDER

Ks I,practice law for free, prepared the document with a robot, and still have given more reasons for this injunction than Ms Corner gave for her EXTENSION request, which is precisely ZERO.

She accused the men and WOMEN who serve in our US MARSHALSERVICE of perjury. They make 1/100th of her salary to serve OUR NATION HONESTLY.

I HAVE NO DOUBT THEY DO
PUT ME IN JAIL
HAVE ME HUNG AND QUARTERED
I STIPULATE TO ALL.
/S/ KARL SIGANPORIA
CA BAR NO. 284924
THIS CAUSE IS BEFORE THE COURT BY ITS OWN MOTION

ATTORNEY SIGANPORIA FILED A DESPICABLE, HORRENDOUS DOCUMENT THAT DOESN'T FOLLOW ANY LOCAL RULE. HE FAILED TO PROVIDE GROUNDS FOR HIS MOTION. H1B HAS NOTHING TO DO WITH PLAINTIFF. THEY JUST MISTREATED HE UNDERPAID HER AND KEPT HER DEVICES THAT SHE USES TO COPE WITH A DISABILITY AFTER SHE WAS GONE DESPITE PROMISING HER THEY'D SEND IT COINCIDENTALL Y #SAVEDALLAS

SIGANPORIA HAS INFORMED THE COURT IN WRITING THAT HE WAIVES HIS RIGHT TO A HEARING AND STIPULATES TO ANY SANCTION THE COURT WISHES TO ISSUE, WHETHER EXECUTION, DISBARMEMT, IMPRISONMENT, OR $$$, though he's stated his intent to appeal it

stated his intent to appeal it.

IF the sanction is being ORDERED TO APPEAR,

The undersigned hereby grants Plaintiff's Counel's request that an English-Spanish interpreter be provided to Plaintiff's Counsel

FOR THE FOREGOING REASONS,

THE COURT ISSUES THE FOLLOWING SANCTIONS AGAINST KARL SIGANPORIA

\_  EXECUTION BY LEGAL MEANS
\_  DISBARMENT
\_  LEAVE TO REFILE

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA


Your choice. that's how important this issue is. Please forgive me.
#SAVEDALLAS
#VOXPOPULI

Pps: Karl Siganporia
It's an Indian name
I'm Indian
I speak Bengali Hindi Spanish AND Italian
I'm darker than judge Davila, my client is fairer than Taylor Swift, and HCL is just plain dark. You'll see why I'm

just plain dark. You'll see why I'm willing to die for this.

This is,over

Last modified: 11:37 AM